FELIX ISMAN, INC., Respondent, v. CLARK L. JORDAN, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JAMES K. M. NORTON, Respondent, v. ERNEST M. PEASE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RED-FIELD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HENRIETTA L. CAMPBELL, Respondent, v. WILLIAM BIANCHI, as Executor, etc., of JOHN OSCAR ERCKENS, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

NATHAN SLOTE, Respondent, v. GREENBERG & GREENBERG, INC., Appellant.— Order modified by providing that items III, IV and V be stricken out of the original order for examination; item III being unnecessary in view of the admission contained in the answer of the plaintiff's discharge by the defendant. As to items IV and V, the proper time for such an examination will be when the plaintiff's right to a reformation of the contract of hiring shall be established. As so modified the order is affirmed, without costs. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORITZ D. SPITZER, Respondent, v. CHILDS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

IMPERIAL WATERPROOFING COMPANY, LTD., v. W. H. & F. W. CANE, INC. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the CITY OF NEW YORK (The Service Street, etc.).— — Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH M. L. STRIKER, an Infant, etc., v. FREMONT M. JACKSON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BRICE W. McDOWELL v. GLENS FALLS INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

J. HARRY REED v. ACME IMPROVEMENT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN H. ROEHR v. THE CERTIFIED PRODUCTS COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.